IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
AT COOKEVILLE

| | |
|---|---|
| TIMOTHY J. BROWN, | ) |
| Plaintiff, | ) DOCKET NO. 2:18-cv-00040 |
| VERSUS | ) CHIEF JUDGE CRENSHAW/BROWN |
| CITY OF COOKEVILLE, TENNESSE and A. NASH, | ) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, the Plaintiff hereby stipulates a dismissal with full prejudice to all of the Defendants in regard to the above captioned matter. Plaintiff further stipulates that Plaintiff will be responsible for Plaintiff's own attorneys' fees, costs, and expenses, as each party will bear their own attorneys' fees and costs.

This the 8th day of March, 2019.

Respectfully submitted,

s/Kristin Fecteau Mosher
Kristin Fecteau Mosher, Esq.
Tennessee Bar No. 19772
Local Counsel for Plaintiff
The Law Office of Kristin Fecteau, PLLC
5543 Edmonson Pike, Suite 229
Nashville, TN 37211
(615-496-5747)
email: kristin@fecteaulaw.com
Attorneys for Plaintiff

1

    s/Frederick H. Nelson
     Frederick H. Nelson
     Florida Bar No. 0990523
     Lead Trial Counsel for Plaintiff
     David J. Markese
     Florida Bar No. 0105041
     Co-Counsel for Plaintiff
     American Liberties Institute
     P. O. Box 547503
     Orlando, FL 32854-7503
     (407-786-7007)
     Facsimile: (877-786-3573)
     email: rick@aali-usa.org
     email: dmarkese@ali-usa.org
     (Admitted *Pro Hac Vice*)
     Attorneys for Plaintiff


MOORE, RADER FITZPATRICK
& YORK, P.C.

BY /s/Daniel H. Rader IV, B.P.R. No. 025998
   DANIEL H. RADER, IV
   Attorney for Defendants
   CITY OF COOKEVILLE AND A. NASH
   P.O. Box 3347
   Cookeville, TN 38502
   (931-526-3311)

2

# CERTIFICATE OF SERVICE

I hereby certify that on March 8, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send notice of the electronic filing to:

MOORE, RADER,
FITZPATRICK AND YORK, P.C.
Daniel H. Rader IV
Daniel H. Rader III
Attorneys for Defendants
City of Cookeville and A. Nash
P. O. Box 3347
Cookeville, TN 38502
(931-526-3311)

/s/Frederick H. Nelson
Frederick H. Nelson
Florida Bar No.: 0990523
David J. Markese
Florida Bar No.: 0105041
Lead Trial Counsel for Plaintiff
**AMERICAN LIBERTIES INSTITUTE**
P.O. Box 547503
Orlando, FL 32854-7503
Telephone: (407) 786-7007
Facsimile: (877) 786-3573
E-mail: rick@ali-usa.org
E-mail: dmarkese@ali-usa.org